DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JIMMY DUNN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2401
————————————————

December 20, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Jimmy Dunn, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.